UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GWENETH HILLIGOSS and CAROLE CAPPS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 03-3109 |
| ) | |
| PROGRESSIVE ELECTRIC, INC., ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

COME NOW the Plaintiffs, GWENETH HILLIGOSS and CAROLE CAPPS, by and through their attorney, James P. Baker, and the Defendant, PROGRESSIVE ELECTRIC, INC., by and through its attorney, Howard Feldman, and stipulate and agree to the entry of the order dismissing this case with prejudice and with each party bearing their own costs and attorneys' fees associated with this proceeding.

GWENETH HILLIGOSS and CAROLE CAPPS


By:   s/ James P. Baker
       Attorney for Plaintiffs
       James P. Baker
       Bar Number: 0097802
       Baker, Baker & Krajewski, LLC
       415 South Seventh Street
       Springfield, Illinois 62701
       Telephone: (217) 522-3445
       Facsimile: (217) 522-8234
       E-mail: carenbakerlaw@sbcglobal.net
       (Stipulation/hilligosscapps 102804)

            PROGRESSIVE ELECTRIC, INC.

          By: s/Howard Feldman
            Its Attorney
            Howard Feldman
            Feldman, Wasser, Draper & Benson
            1307 South 7th Street
            P.O. Box 2418
            Springfield, Illinois  62705
            (217) 544-3403

### CERTIFICATE OF SERVICE

  I hereby certify that on November 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard Feldman
Feldman, Wasser, Draper & Benson
1307 South 7th Street
P.O. Box 2418
Springfield, Illinois  62705

          By: s/ James P. Baker
            James P. Baker
            Bar Number: 0097802
            Baker, Baker & Krajewski, LLC
            415 South Seventh Street
            Springfield, Illinois 62701
            Telephone: (217) 522-3445
            Facsimile: (217) 522-8234
            E-mail: carenbakerlaw@sbcglobal.net